UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO )<br>    Plaintiff )<br>)<br>V. )<br>)<br>REVOLUTIONARY ARMED FORCES OF )<br>COLOMBIA—PEOPLE'S ARMY A/K/A )<br>FUERZAS ARMADAS REVOLUCIONARIAS )<br>DE COLOMBIA—EJÉRCITO DEL PUEBLO, )<br>AND NORTE DE VALLE CARTEL )<br>    Defendants )<br>) | CIVIL ACTION NO.:<br><br>3:20-MC-00090-RNC<br><br>FILED UNDER SEAL<br><br><br>DECEMBER 22, 2020 |

**DRAFT ORDER TO SHOW CAUSE**

Pursuant to this court's order, Plaintiff Antonio Caballero submits the attached proposed summons and order to show cause.

_____
Houston Putnam Lowry, Esq.
Counsel for Plaintiff Antonio Caballero
Polivy, Lowry & Clayton, LLC
6 Central Row-Second Floor
Hartford, CT 06103
(860) 560-1180
FAX: (860) 560-1354
Email: PTL@HPLowry.com
Federal Bar # CT05955

Joseph I. Zumpano, Esq., PHV10932
E-mail address: jzumpano@zplaw.com
Leon N. Patricios, Esq., PHV10931
E-mail address: lpatricios@zplaw.com
Counsel for Plaintiff Antonio Caballero
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 22nd day of December, 2020 to:

Robert N. Chatigny, USDJ
United States District Court
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street - Room 228
Hartford, Connecticut 06103

_____
Houston Putnam Lowry, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO )<br>      Plaintiff                 )<br>                              )<br>V.                                   )<br>                              )<br>REVOLUTIONARY ARMED FORCES OF  )<br>COLOMBIA—PEOPLE'S ARMY A/K/A   )<br>FUERZAS ARMADAS REVOLUCIONARIAS )<br>DE COLOMBIA—EJÉRCITO DEL PUEBLO, )<br>AND NORTE DE VALLE CARTEL      )<br>      Defendants              )<br>                              ) | CIVIL ACTION NO.:<br><br>3:20-MC-00090-RNC<br><br><br><br><br>DECEMBER 22, 2020 |

SUMMONS

TO ANY PROPER OFFICER:

By the authority of the United States District Court, you are hereby commanded to summon Interactive Brokers, LLC of One Pickwick Plaza, Greenwich, Connecticut 06830 USA and ALBA Petroleos de El Salvadaor S.E.M. de C.V. ("ALBA Petroleos") (to be served pursuant to Connecticut General Statutes §52-59 by both courier, such as Federal Express, DHL, UPS or Global Express mail, and by email) of:

        Boulevard Orden de Malta Sur
          Block "A", Casa número 1
          Urbanización Santa Elena
        Parque Industrial El Boquerón
      Antiguo Cuscatlán, La Libertad.
              El Salvador

            **Also via email**:
    sugerencias@albapetroleos.com.sv
  recursoshumanos@albapetroleos.com.sv

to appear before the United States District Court for the District of Connecticut virtually at 450 Main Street,

Hartford, Connecticut 06103 at the time and place specified in the foregoing order, then and there to show cause why a turnover order should not be issued against Interactive Brokers, LLC and ALBA Petroleos as prayed for in the foregoing Application, by serving in the manner provided by Statute for Service of Process, a true and attested copy of the foregoing Application, Order for Hearing, proposed turnover order and Summons on Interactive Brokers, LLC and ALBA Petroleos on or before _____, 2021.

You are further commanded to summon Interactive Brokers, LLC and ALBA Petroleos to appear in this action by filing a written post-judgment appearance of counsel with the clerk of court on or before _____.

HEREOF, fail not, but due service and return make.

Dated at Hartford, Connecticut, this \_\_\_\_ day of December, 2020.

_____
Clerk, United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO )<br>      Plaintiff )<br>)<br>V. )<br>)<br>REVOLUTIONARY ARMED FORCES OF )<br>COLOMBIA—PEOPLE'S ARMY A/K/A )<br>FUERZAS ARMADAS REVOLUCIONARIAS )<br>DE COLOMBIA—EJÉRCITO DEL PUEBLO, )<br>AND NORTE DE VALLE CARTEL )<br>      Defendants )<br>) | CIVIL ACTION NO.:<br><br>3:20-MC-00090-RNC<br><br><br><br><br><br>DECEMBER 22, 2020 |

ORDER FOR HEARING, NOTICE, AND
TEMPORARY RESTRAINING ORDER

The *ex-parte* application of Plaintiff Antonio Caballero for a turnover order having been presented to the court, it is hereby:

ORDERED that a virtual hearing be held thereon on _____, 2021 at _____ AM/PM in court room #\_\_\_ at the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut and that Plaintiff Antonio Caballero give notice to Interactive Brokers, LLC and ALBA Petroleos de El Salvadaor S.E.M. de C.V.'s ("ALBA Petroleos") (to be served by Plaintiff pursuant to Connecticut General Statutes §52-59 by both courier, such as Federal Express, DHL, UPS or Global Express mail, and by email) of the pendency of the application and of the time when it will be heard by causing a true and attested copy of the Application, the proposed

turnover order and of this order to be served upon Interactive Brokers and ALBA Petroleos by some proper officer or indifferent person on or before _____, and that due return of service be made to this court.

No testimony will be taken at this hearing.  If no timely objection is filed, the motion will be determined based upon the written submissions.  If a timely objection is filed and testimony is required, the court will enter a scheduling order (if required) and select a further hearing date based upon the circumstances.

FURTHER ORDERED that the clerk of the court will also give notice by mail pursuant to FRCP 4(f)(2)(C)(ii) and FRCP 4(f)(3) directly to:

> ALBA Petroleos de El Salvadaor S.E.M. de C.V.
> PetroleosBoulevard Orden de Malta Sur
> Block "A", Casa número 1
> Urbanización Santa Elena
> Parque Industrial El Boquerón
> Antiguo Cuscatlán, La Libertad.
> El Salvador
>
> Also via email:
> sugerencias@albapetroleos.com.sv
> recursoshumanos@albapetroleos.com.sv

and shall file a copy of the notice dispatched on the case docket (which shall remain sealed until Plaintiff files its return of service).

FURTHER ORDERED that Interactive Brokers, LLC and ALBA Petroleos shall file a written post-judgment appearance of counsel with the clerk of the court at least three business

- 2 -

days before the initial hearing date and provide a copy of the objection to Plaintiff's counsel of record.

FURTHER ORDERED that Interactive Brokers and ALBA Petroleos shall file any objection(s) to the application for a turnover order at least three business days before the initial hearing and provide a copy of the objection to Plaintiff's counsel of record.

FURTHER ORDERED that Interactive Brokers, LLC, ALBA Petroleoss and their officers, directors, representatives, servants, agents, employees and others acting in active concert or participation with them be, and hereby are, restrained from:

1. Allowing any withdrawals from ALBA Petroleos de El Salvadaor S.E.M. de C.V.'s ("ALBA Petroleos") account(s) with Interactive Brokers, LLC (collectively "Account");

2. Allowing any trades in Account; and

3. Acknowledging or creating a security interest in Account.

UNTIL a hearing is held and a decision rendered by this court on Plaintiff Antonio Caballero's ex-parte application for a turnover order (#28).

>    **NOTICE:   FAILURE TO COMPLY WITH THIS ORDER MAY
>              SUBJECT YOU TO BEING HELD IN CONTEMPT
>              OF COURT.**

- 3 -

Dated at Hartford, Connecticut this ____ day of December, 2020.

_____
Senior Judge Robert N. Chatigny

- 4 -