UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO ) | |
|       Plaintiff ) | CIVIL ACTION NO.: |
| ) | |
| V. ) | 3:20-CV-01939-RNC |
| ) | |
| REVOLUTIONARY ARMED FORCES OF ) | |
| COLOMBIA—PEOPLE'S ARMY A/K/A ) | |
| FUERZAS ARMADAS REVOLUCIONARIAS ) | |
| DE COLOMBIA—EJÉRCITO DEL PUEBLO, ) | |
| AND NORTE DE VALLE CARTEL ) | |
|       Defendants ) | JANUARY 6, 2021 |
| ) | |

**EMERGENCY MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Pursuant to FRCP 65(b), Plaintiff Antonio Caballero moves to extend the temporary restraining order currently in place (#43) for a further 14 days so the court may conduct its hearing on January 7, 2021 and Plaintiff may serve the turnover order. The temporary restraining order expires today and the hearing is tomorrow. Extending the temporary restraining order for an additional time constitutes good cause so this court's exercise of jurisdiction is not defeated.

Plaintiff incorporates the following into this motion:

1. His motion for a turnover order (#28), including the affidavit of Attorney Leon N. Patricios (#28-7) and memorandum in support (#28-8).

2. This court's temporary restraining order (#43).

Therefore, the temporary restraining order should be extended. Plaintiff suggests an additional 14-day period.

Therefore, the temporary restraining order should be extended. Plaintiff suggests an additional 14-day period.

*[signature]*

Houston Putnam Lowry, Esq.
Counsel for Plaintiff Antonio Caballero
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Mobile: (860) 543-4372
Direct: (860) 808-4123
Main: (860) 527-0400
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

Joseph I. Zumpano, Esq., PHV10932
E-mail address: jzumpano@zplaw.com
Leon N. Patricios, Esq., PHV10931
E-mail address: lpatricios@zplaw.com
Counsel for Plaintiff Antonio Caballero
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed on this 6th day of January 2021 to:

FARC-EP
Juvenal Ovidio Ricardo Palmera Pineda a/k/a/
"Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

Norte De Valle Cartel
Diego Leon Montoya Sanchez
Member of NORTH VALLEY CARTEL
BOP Register No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA  23804

Interactive Brokers, LLC
One Pickwick Plaza
Greenwich, Connecticut 06830

ALBA Petroleos de El Salvadaor S.E.M. de C.V.
Boulevard Orden de Malta Sur
Block "A", Casa número 1
Urbanización Santa Elena
Parque Industrial El Boquerón
Antiguo Cuscatlán, La Libertad.
**El Salvador**

　　　　　　　　　　　　Houston Putnam Lowry, Esq.