UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO ) <br>     Plaintiff ) <br> ) <br> V. ) <br> ) <br> REVOLUTIONARY ARMED FORCES OF ) <br> COLOMBIA—PEOPLE'S ARMY A/K/A ) <br> FUERZAS ARMADAS REVOLUCIONARIAS ) <br> DE COLOMBIA—EJÉRCITO DEL PUEBLO, ) <br> AND NORTE DE VALLE CARTEL ) <br>     Defendants ) | CIVIL ACTION NO.: <br><br> 3:20-CV-01939-RNC <br><br><br><br><br><br><br> FEBRUARY 17, 2021 |

**NOTICE OF SERVICE AND MOTION THAT SEALED
DOCKET ENTRIES BE UNSEALED**

Plaintiff Antonio Caballero hereby notifies the Court that Garnishee, Interactive Brokers, LLC, has been served per Returns of Service, D.E. 45 and D.E. 55. As such, Plaintiff notes the stated purpose of his Motion to Seal Application for Turnover Order and Restraining Order [D.E. 27], Motion to Seal Notice of Supplemental Authority [D.E. 30], Motion to Seal Second Supplemental Authority [D.E. 33], Motion to Seal Third Supplemental Authority [D.E. 36], Motion to Seal Draft Order to Show Cause [D.E. 39], and Motion to Seal Motion to Extend Temporary Restraining Order [D.E. 48] has now been satisfied.

Plaintiff moves the applicable docket entries related to the Interactive Brokers, LLC temporary restraining order and turnover order, including Ex Parte Application for Turnover Order and Restraining Order [D.E. 28] and its supporting documents - Ex Parte

Notice of Supplemental Authority [D.E. 31], Sealed Motion Second Ex Parte Notice of Supplemental Authority and Motion for Expedited Show Cause [D.E. 34], Plaintiff's Ex Parte Notice of Third Supplemental Authority [D.E. 37], Draft Order to Show Cause [D.E. 40], Summons [D.E. 42], Temporary Restraining Order [D.E. 43], and Emergency Motion to Extend Temporary Restraining Order [D.E. 49] - be unsealed.

                                _____
                                Houston Putnam Lowry, Esq.
                                Counsel for Plaintiff Antonio Caballero
                                FORD & PAULEKAS, LLP
                                280 Trumbull Street - Suite 2200
                                Hartford, CT 06103
                                Direct: (860) 808-4213
                                Mobile: (860) 543-4372
                                Main: (860) 527-0400
                                Fax: (860) 249-7500
                                Email: PTL@HPLowry.com
                                Federal Bar # CT05955


                                Joseph I. Zumpano, Esq., PHV10932
                                E-mail address: jzumpano@zplaw.com
                                Leon N. Patricios, Esq., PHV10931
                                E-mail address: lpatricios@zplaw.com
                                Counsel for Plaintiff Antonio Caballero
                                ZUMPANO PATRICIOS, P.A.
                                312 Minorca Avenue
                                Coral Gables, FL 33134
                                Telephone: (305) 444-5565

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed with the ECF/CM system on this 17th day of February 2021, which then distributed it to all parties of record and I further sent copies to the following:

Newton Porter, Esq.
Porter & Krovick, P.A.
9655 S. Dixie Highway, Suite 208
Miami, FL 33156
**VIA EMAIL ONLY - nporter@porterandkorvick.com**

Tony Korvick, Esq.
Porter & Krovick, P.A.
9655 S. Dixie Highway, Suite 208
Miami, FL 33156
**VIA EMAIL ONLY - tkorvick@porterandkorvick.com**

Nathanial A. Tarnor, Esq.
Hagens Berman Sobol Shapiro LLP
322 8th Avenue-Suite 802
New York, New York 10001
**VIA EMAIL ONLY - nathant@hbsslaw.com**

Ellen Ross Belfer, Esq.
LEON COSGROVE LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 570-3243
**VIA EMAIL ONLY - ebelfer@leoncosgrove.com**

                                                Houston Putnam Lowry, Esq.