UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIO CABALLERO | ) | |
| Plaintiff | ) | CIVIL ACTION NO.: |
| | ) | |
| V. | ) | 3:20-CV-01939-RNC |
| | ) | |
| REVOLUTIONARY ARMED FORCES OF | ) | |
| COLOMBIA—PEOPLE'S ARMY A/K/A | ) | |
| FUERZAS ARMADAS REVOLUCIONARIAS | ) | |
| DE COLOMBIA—EJÉRCITO DEL PUEBLO, | ) | |
| AND NORTE DE VALLE CARTEL | ) | |
| Defendants | ) | MARCH 17, 2021 |
| | ) | |

**PLAINTIFF ANTONIO CABALLERO'S NOTICE OF
PARTIAL SATISFACTION OF FINAL JUDGMENT**

Plaintiff Antonio Caballero hereby notifies the Court that, pursuant to a writ of execution

issued by the United States District Court for the Southern District of Florida, real property has

been turned over to Antonio Caballero that has reduced his Final Judgment by $1,900,00.00 -

bringing his total collections thus far to $11,826,085.50.

Houston Putnam Lowry, Esq.
Counsel for Plaintiff Antonio Caballero
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

Joseph I. Zumpano, Esq., PHV10932
E-mail address: jzumpano@zplaw.com
Leon N. Patricios, Esq., PHV10931
E-mail address: lpatricios@zplaw.com
Counsel for Plaintiff Antonio Caballero
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the ECF/CM system on this 17th day of March 2021, which then distributed it to all parties of record and I further sent copies to the following as indicated:

Juvenal Ovidio Ricardo Palmera Pineda
a/k/a Simon Trinidad
BOP Register No. 27896-016
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

Norte De Valle Cartel
Diego Leon Montoya Sanchez
BOP Register No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA  23804

Newton Porter, Esq.
Porter & Korvick, P.A.
9655 S. Dixie Highway, Suite 208
Miami, FL 33156
**VIA EMAIL ONLY - nporter@porterandkorvick.com**

Tony Korvick, Esq.
Porter & Korvick, P.A.
9655 S. Dixie Highway, Suite 208
Miami, FL 33156
**VIA EMAIL ONLY - tkorvick@porterandkorvick.com**

Nathanial A. Tarnor, Esq.
Hagens Berman Sobol Shapiro LLP
322 8th Avenue-Suite 802
New York, New York 10001
**VIA EMAIL ONLY - nathant@hbsslaw.com**

ALBA Petroleos de El Salvador S.E.M. de C.V.
Boulevard Orden de Malta Sur
Block "A", Casa número 1
Urbanización Santa Elena
Parque Industrial El Boquerón
Antiguo Cuscatlán, La Libertad.
**El Salvador**

Houston Putnam Lowry, Esq.

G:\HPL\work\hpl\LIT\Caballero v. FARC - CONNECTICUT  Notice of Partial Satisfaction.docx