# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO,<br>        Plaintiff,<br><br>v.<br><br>FUERZAS ARMADAS<br>REVOLUCIONARIAS DE COLOMBIA, et al.<br>        Defendants,<br><br>v.<br><br>INTERACTIVE BROKERS LLC,<br>        Turnover Garnishee. | Civ. No. 3:20-cv-1939 (RNC)<br><br><br><br><br><br><br><br><br><br>March 17, 2021 |

## ALBA PETROLEOS DE EL SALVADOR S.E.M. DE C.V.'S MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(a)(2) and, alternatively, Rule 24(b), ALBA Petroleos de El Salvador S.E.M. de C.V. ("ALBA Petroleos") hereby respectfully moves to intervene as a defendant in this matter.[1] ALBA Petroleos is entitled to due process and requests that the Court stay and set aside its January 14, 2021, Order, Docket Entry No. 53, granting the Plaintiff's sealed motion for turnover order. The support for this requested relief is set forth in the

---

[1] In seeking limited intervention, ALBA Petroleos does not waive and specifically reserves all jurisdictional defenses. *See, e.g., Pescatore v. Palmera Pineda*, No. 08-2245 (RMC), 2019 WL 2173835, at *3-4 (D.D.C. May 20, 2019) (allowing alleged agents or instrumentalities of the FARC to intervene in the TRIA enforcement action to defend against execution while specifically preserving their right to raise defenses of jurisdiction and venue).

**ORAL ARGUMENT REQUESTED**

accompanying memorandum of law filed herewith.

          Respectfully submitted,

          *//s//Marcos Daniel Jiménez*
          Marcos Daniel Jiménez
          New York Bar No. 4881736
          *Pro hac vice motion pending*
          Marcos D. Jiménez, P.A.
          255 Alhambra Circle, 8th Floor
          Miami, Florida 33134
          Telephone: 305.772.6026
          Email: mdj@mdjlegal.com

          - and -

By: *//s// James T. Cowdery* (ct05103)
     James T. Cowdery (ct05103)
     Thomas J. Murphy (ct07959)
     Cowdery & Murphy, LLC
     280 Trumbull Street
     Hartford, CT 06103
     (860) 278-5555 Office
     jcowdery@cowderymurphy.com
     tmurphy@cowderymurphy.com

## CERTIFICATE OF SERVICE

   I hereby certify that on March 17, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 //s// James T. Cowdery (ct05103)
                 James T. Cowdery