UNITED STATES DISTRICT COURT
DISTRICT OF CONNNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO, | : |
| Plaintiff, | : Civ. No. 3:20-cv-1939 (RNC) |
| v. | : |
| FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al. | : |
| Defendants, | : |
| v. | : |
| INTERACTIVE BROKERS LLC, | : March 17, 2021 |
| Turnover Garnishee. | : |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the proposed intervening party, Alba Petroleos de El Salvador S.E.M. de C.V. ("ALBA Petroleos") hereby discloses that it is 60% owned by Petroleos de Venezuela Caribe, S.A., which in turn is 100% owned by Petroleos de Venezuela America, S.A., which in turn is 100% owned by Petroleos de Venezuela S.A. ("PDVSA"). The remaining 40% of Alba Petroleos is owned by ENEPASA.

Respectfully submitted,

THE DEFENDANT,

By: *s/Marcos Daniel Jiménez*
Marcos Daniel Jiménez
New York Bar No. 4881736
*Pro hac vice motion pending*
Marcos D. Jiménez, P.A.
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone:    305.772.6026
Email:  mdj@mdjlegal.com

- and -

By: //s// James T. Cowdery (ct05103)
James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
Cowdery & Murphy, LLC
280 Trumbull Street
Hartford, CT 06103
(860) 278-5555 Office
jcowdery@cowderymurphy.com
tmurphy@cowderymurphy.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      //s// James T. Cowdery (ct05103)