```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT

                                    :
ANTONIO CABALLERO,                  :
                                    :
     Plaintiff,                     :
                                    :
V.                                  :  CASE NO. 3:20cV1939(RNC)
                                    :
FUERZAS ARMADAS REVOLUCIONARIAS     :
DE COLOMBIA, ET AL                  :
                                    :
     Defendants.                    :
```

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Jeffrey A. Meyer.  All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:20cv1939(JAM)

So ordered.

Dated at Hartford, Connecticut this 19th day of March 2021.

                                         /s/ RNC
                                    Robert N. Chatigny
                                 United States District Judge