UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTONIO CABALLERO,            CASE NO.:  3:20-cv-1939 (AM)

May 12, 2021

    Plaintiff/Counterclaim Respondent,

FUERZAS ARMADA REVOLUCIONARIAS
DE COLOMBIA ("FARC") and NORTE DE VALLE CARTEL,

    Defendants
        v.

INTERACTIVE BROKERS LLC,

    Turnover Garnishee

_____/

INTERACTIVE BROKERS LLC,

    Counterclaimant and Third-Party Claimant,
        v.

KEITH STANSELL, et al.

    Third-Party Respondents.

_____/

## MOTION TO BE EXCUSED FROM APPEARANCE

Pursuant to Local Rule 83.1(d)(2), Defendants Keith Stansell, Marc Gonsalves, Thomas Howes, Judith Janis, Michael Janis, Christopher Janis, Jonathan Janis, Olivia Pescatore, Josh Pescatore, Jada Pescatore, Jarrod Pescatore, Jordan Pescatore, Carole

Pescatore Harpster Individually and the Estate of Frank Pescatore Sr., Richard Pescatore, John Pescatore, Carolyn Pescatore, hereby respectfully move this Court their undersigned local attorney be excused from the motion hearing scheduled for May 14, 2021 in this case.

The reason for the requested excused absence is his attendance is not necessary. Lead counsel will be present at the motion hearing.

Dated:  May 12, 2021                    Respectfully submitted,

/s/ Bruce L. Elstein
Bruce L. Elstein (Bar No. ct01250)
GOLDMAN, GRUDER & WOOD, LLC
Local counsel for Stansell/Pescatore Defendants
105 Technology Drive
Trumbull, CT  06611
203.880.5333
belstein@goldgru.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or be mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Bruce L. Elstein
                                                Bruce L. Elstein (Bar No. ct01250)