UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO, <br>     Plaintiff, <br> v. <br> FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al., <br>     Defendants, <br> v. <br> INTERACTIVE BROKERS LLC, <br>     Turnover Garnishee. | C.A. No.: 3:20-CV-01939-JAM <br><br> May 14, 2021 |
| INTERACTIVE BROKERS LLC, <br>   Counter-Claimant and Third-Party Claimant, <br> v. <br> ANTONIO CABALLERO, <br>     Counterclaim Respondent, <br> v. <br> KEITH STANSELL, et al., <br>     Third-Party Respondents. | |

**MOTION OF THIRD-PARTY RESPONDENT
<u>ALBA PETRÓLEOS DE EL SALVADOR S.E.M. DE C.V. TO SUBSTITUTE COUNSEL</u>**

    Third-Party Respondent ALBA Petróleos de El Salvador S.E.M. de C.V. ("ALBA Petróleos"), a majority-owned subsidiary of Petróleos de Venezuela, S.A. ("PDVSA"), hereby moves this Court, through undersigned counsel, to substitute counsel for ALBA Petróleos on the grounds that current attorneys of record, James T. Cowdery and Thomas J. Murphy of the law firm Cowdery & Murphy LLC and Marcos D. Jiménez of the law firm of Marcos D. Jiménez, P.A., are not duly authorized by the Ad Hoc Board of Directors of PDVSA — appointed by the Interim Government of the Bolivarian Republic of Venezuela led by Interim President of Venezuela, Juan

**ORAL ARGUMENT NOT REQUESTED**

Gerardo Guaidó Márquez — to appear on behalf of ALBA Petróleos.

Attached in support are the (1) Memorandum of Law of Third-Party Respondent ALBA Petróleos de El Salvador S.E.M. de C.V. to Substitute Counsel; (2) Declaration of Claire A. DeLelle in Support of the Motion to Substitute Counsel; and (3) Exhibits to the Declaration of Claire A. DeLelle.

By filing this Motion, ALBA Petróleos does not waive and expressly preserves any rights, and defenses, including but not limited to their right to challenge service of process and personal and subject-matter jurisdiction.

Dated:  May 14, 2021

Respectfully submitted,

By: /s/ *Joseph W. Martini*
Joseph W. Martini (Ct 07225)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
203-292-9766
jmartini@spearsmanning.com

Nicole Erb (pending admission *pro hac vice*)
Claire A. DeLelle (pending admission *pro hac vice*)
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C., 20005
(202) 626-3600
nerb@whitecase.com
claire.delelle@whitecase.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, a true and correct copy of the foregoing was electronically served upon filing to all counsel of record via the CM/ECF filing system.

                                              /s/ *Joseph W. Martini*
                                              Joseph W. Martini