Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK: Donna Barry       RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: 1 hours 51 minutes

DATE: 6/10/22   START TIME: 2:01 p.m.   END TIME: 3:52 p.m.

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:20-cv-01939-JAM

Antonio Caballero                           L. Patricios, H.P. Lowry
                                            Plaintiff's Counsel
                vs
FARC et al                                  see below
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #173 Motion to Dismiss 3rd Party Complaint and Counterclaims — [ ] granted [ ] denied [✓] advisement
[✓] #174 Motion to Dismiss for Lack of Jurisdiction — [ ] granted [ ] denied [✓] advisement
[✓] #175 Motion to Vacate Turnover Order and Dismiss 3rd Pty Cmplt — [ ] granted [ ] denied [✓] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] [ ] Briefs(s) due ___  [ ] Proposed Findings due ___  Response due ___
[ ] ___ — [ ] filed [ ] docketed
[ ] ___ — [ ] filed [ ] docketed
[ ] ___ — [ ] filed [ ] docketed
[ ] ___ — [ ] filed [ ] docketed
[ ] ___ — [ ] filed [ ] docketed
[ ] ___ — [ ] filed [ ] docketed
[ ] Hearing continued until ___ at ___

Notes: Interactive Brokers, LLC rep by E.M. Sandler, J.M. Palmer; ALBA rep by M.D. Jimenez; Third Party Defendants rep by B. Elstein; Stansell Group rep by N. Porter; Pescator Group re by N. Tarnor