UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO CABALLERO, | CASE NO.: 3:20-cv-1939 (JAM) |
|     Plaintiff/Counterclaim Respondent,<br>v. | December 16, 2022 |
| FUERZAS ARMADAS REVOLUCIONARIAS<br>DE COLOMBIA ("FARC") and NORTE DE VALLE CARTEL, | |
|     Defendants,<br>v. | |
| INTERACTIVE BROKERS LLC, | |
|     Turnover Garnishee_____/ | |

INTERACTIVE BROKERS LLC,

    Counterclaimant and Third-Party Claimant,
    v.
ANTONIO CABALLERO,

    Counterclaim Respondent,
    v.
KEITH STANSELL, MARC GONSALVES, THOMAS HOWES,
JUDITH JANIS, CHRISTOPHER JANIS, MICHAEL JANIS,
JOHNATHAN JANIS,

OLIVIA PESCATORE, JOSH PESCATORE, JADA PESCATORE,
JARROD PESCATORE, JORDAN PESCATORE,
CAROL PESCATORE HARPSTER, RICHARD PESCATORE,
JOHN PESCATORE, and

ALBA PETROLEOS DE EL SALVADOR S.E.M. DE C.V.,

    Third-Party Respondents.
_____/

**CABALLERO'S NOTICE OF SETTLEMENT OF COMPETING CREDITOR CLAIMS**

Plaintiff, ANTONIO CABALLERO, hereby gives notice that he has entered into a confidential settlement agreement with KEITH STANSELL, MARC GONSALVES, THOMAS HOWES, JUDITH JANIS (individually and as Personal Representative of the Estate of Greer

- 1 -

Janis), CHRISTOPHER JANIS, MICHAEL JANIS, JOHNATHAN JANIS, OLIVIA PESCATORE, JOSH PESCATORE, JADA PESCATORE, JARROD PESCATORE, JORDAN PESCATORE, CAROL PESCATORE HARPSTER (individually and as Personal Representative for the Estate of Frank Pescatore Sr.), RICHARD PESCATORE, and JOHN PESCATORE, collectively the "Stansell/Pescatore Respondents", which resolves the judgment creditors' competing claims of judgment execution lien validity and priority on the blocked account(s) of ALBA PETROLEOS DE EL SALVADOR S.E.M. DE C.V. held by Garnishee Interactive Brokers LLC, and thereby moots the need for an interpleader to resolve these competing claims.

Accordingly, CABALLERO hereby acknowledges as moot in these proceedings, arguments: 1) against the validity, priority, attachment, extraterritoriality, and/or timeliness of the Stansell/Pescatore Respondents' New York Writs; 2) against validity of the Stansell/Pescatore Respondents' claims under Connecticut law; and 3) that the Stansell/Pescatore Respondents have waived whatever interests that may have in the Account.

Dated: December 16, 2022

_____
Houston Putnam Lowry, Esq.
Counsel for Plaintiff Antonio Caballero
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

Joseph I. Zumpano, Esq., PHV10932
E-mail address: jzumpano@zplaw.com
Leon N. Patricios, Esq., PHV10931
E-mail address: lpatricios@zplaw.com
Counsel for Plaintiff Antonio Caballero
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the ECF/CM system on this 16th day of December 2022, which then distributed it to all parties of record, and I further sent copies of the foregoing by mail to:

FARC-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX-U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

FARC-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a/ "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
5880 Hwy 67 South
Florence, CO 81226

Norte del Valle Cartel
c/o Diego Leon Montoya Sanchez
Member of NDVC
BOP Register No. 04171-748
FCI Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804

Norte del Valle Cartel
c/o Diego Leon Montoya Sanchez
Member of NDVC
BOP Register No. 04171-748
FCI Petersburg Medium
1060 River Road
Hopewell, VA 23860

_____
Houston Putnam Lowry, Esq.