UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTONIO CABALLERO,

    Plaintiff/Counterclaim Respondent,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA ("FARC") and NORTE DE VALLE CARTEL,

    Defendants,

v.

INTERACTIVE BROKERS LLC,

    Turnover Garnishee.

_____/

INTERACTIVE BROKERS LLC,

    Counterclaimant and Third-Party Claimant,

v.

ANTONIO CABALLERO,

    Counterclaim Respondent,

v.

KEITH STANSELL, MARC GONSALVES, THOMAS HOWES,
JUDITH JANIS, CHRISTOPHER JANIS, MICHAEL JANIS,
JOHNA THAN JANIS,

OLIVIA PESCATORE, JOSH PESCATORE, JADA PESCATORE,
JARROD PESCATORE, JORDAN PESCATORE,
CAROL PESCATORE HARPSTER, RICHARD PESCATORE,
JOHN PESCATORE, and

ALBA PETROLEOS DE EL SALVADOR S.E.M. DE C.V.,

    Third-Party Respondents.

_____/

CASE NO.: 3:20-cv-1939 (JAM)

December 19, 2022

**RENEWED MOTION TO DISMISS THIRD-PARTY COMPLAINT AND COUNTERCLAIMS AS SUPERFLUOUS AND FOR FAILURE TO STATE A CLAIM FOR RELIEF AND RENEWED MOTION TO DISPENSE WITH BALANCE OF TURNOVER HEARING AND COMPEL IMMEDIATE TURNOVER**

Plaintiff, ANTONIO CABALLERO ("Caballero"), and KEITH STANSELL, MARC GONSALVES, THOMAS HOWES, JUDITH JANIS (individually and as Personal Representative of the Estate of Greer Janis), CHRISTOPHER JANIS, MICHAEL JANIS, JOHNATHAN JANIS, OLIVIA PESCATORE, JOSH PESCATORE, JADA PESCATORE, JARROD PESCATORE, JORDAN PESCATORE, CAROL PESCATORE HARPSTER (individually and as Personal Representative for the Estate of Frank Pescatore Sr.), RICHARD PESCATORE, and JOHN PESCATORE (collectively the "Stansell/Pescatore Respondents"), hereby file this renewed motion to dismiss Interactive Brokers, LLC's ("Interactive Brokers") February 5, 2021 third-party complaint and counterclaims (the "Third-Party Complaint") [ECF No. 64] pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), and renewed motion to dispense with balance of turnover hearing, for the following reasons:

1. On January 14, 2021, this Court issued a Turnover Order, requiring Interactive Brokers to turnover to Caballero's levying officer funds in accounts at Interactive Brokers held in the name of ALBA Petroleos de El Salvadaor S.E.M. de C.V. ("ALBA Petroleos"). ECF No. 53.

2. The Turnover Order was duly served. ECF No. 55.

3. On February 5, 2021, Interactive Brokers filed its Third-Party Complaint, seeking relief in the nature of interpleader, with respect to an account (the "Account") that is in the name of ALBA Petroleos, pursuant to Conn. Gen. Stat. §§52-356c and 52-484, FRCP 22, and §§1335 and 2361 of Title 28, United States Code. ECF No. 64.

4. On February 18, 2022:

2

      a. Caballero filed his renewed motion to dismiss third-party complaint and counterclaims as superfluous and for failure to state a claim for relief and renewed motion to dispense with balance of turnover hearing and compel immediate turnover, ECF No. 173;

      b. the Stansell/Pescatore Respondents filed their Motion to Dismiss and/or Transfer Interpleader Claims, ECF No. 174; and

      c. ALBA Petroleos filed its Motion to Vacate Turnover Order [ECF No. 53] and Dismiss Third-Party Complaint [ECF No. 64], ECF No. 174.

5. On December 16, 2022, the Stansell/Pescatore Respondents noticed the Court that they:

      a. entered into a confidential settlement agreement with Caballero, which resolves the judgment creditors' competing claims of judgment execution lien validity and priority on the blocked account(s) of ALBA Petroleos held by Interactive Brokers, and thereby moots the need for an interpleader to resolve these competing claims;

      b. withdraw their Motion to Dismiss and/or Transfer Interpleader Claims [ECF No. 174], and their Reply [ECF No. 196] in support;

      c. withdraw their Omnibus Response to the Caballero and Alba Petroleos Motions to Dismiss Interpleader Third-Party Complaint [ECF No. 187];

      d. join and support Caballero's Renewed Motion to Dismiss Third-Party Complaint as Superfluous and to Compel Immediate Turnover [ECF No. 173]; and

      e. oppose all sections of ALBA Petroleos' Motion to Vacate Turnover Order and Dismiss Third-Party Complaint [ECF No. 175]. ECF No. 209.

6. Moreover, on December 16, 2022, Caballero noticed the Court that he:

a. entered into a confidential settlement agreement with the Stansell/Pescatore Respondents, which resolves the judgment creditors' competing claims of judgment execution lien validity and priority on the blocked account(s) of ALBA Petroleos held by Interactive Brokers, and thereby moots the need for an interpleader to resolve these competing claims; and

b. "acknowledges as moot in these proceedings, arguments: 1) against the validity, priority, attachment, extraterritoriality, and/or timeliness of the Stansell/Pescatore Respondents' New York Writs; 2) against validity of the Stansell/Pescatore Respondents' claims under Connecticut law; and 3) that the Stansell/Pescatore Respondents have waived whatever interests that may have in the Account." ECF No. 210.

7. As such, for the reasons set forth in Caballero's Renewed Motion to Dismiss Third-Party Complaint as Superfluous and to Compel Immediate Turnover [ECF No. 173], and brief in support [ECF No. 173-1]—which the Stansell/Pescatore Respondents join and support—Caballero and the Stansell/Pescatore Respondents respectfully requests that this Court: (a) dismiss, with prejudice, Interactive Brokers' Third-Party Complaint and counterclaims; (b) dispense with the balance of the turnover hearing under Conn. Gen. State. §52-356c; and (c) compel immediate turnover.

Dated: December 20, 2022

| | |
|---|---|
| *signature* <br><br> Houston Putnam Lowry, Esq. <br> Counsel for Plaintiff Antonio Caballero <br> FORD & PAULEKAS, LLP <br> 280 Trumbull Street - Suite 2200 <br> Hartford, CT 06103 <br> Direct: (860) 808-4123 <br> Mobile: (860) 543-4372 <br> Fax: (860) 249-7500 <br> Email: PTL@HPLowry.com <br> Federal Bar # CT05955 <br><br> Joseph I. Zumpano, Esq., PHV10932 <br> E-mail: jzumpano@zplaw.com <br> Leon N. Patricios, Esq., PHV10931 <br> E-mail: lpatricios@zplaw.com <br> Counsel for Plaintiff Antonio Caballero <br> ZUMPANO PATRICIOS, P.A. <br> 312 Minorca Avenue <br> Coral Gables, FL 33134 <br> Telephone: (305) 444-5565 <br> Fax: (305) 444-8588 | *signature* <br><br> Bruce L. Elstein (Bar No. ct01250) <br> GOLDMAN, GRUDER & WOODS, LLC <br> Local counsel for Stansell/Pescatore Respondents <br> 105 Technology Drive <br> Trumbull, CT 06611 <br> (203) 880-5333 <br> belstein@goldgru.com <br><br> Newton Porter, Esq. <br> Tony Korvick, Esq. <br> Pro hac vice motion pending <br> PORTER & KORVICK, P.A. <br> Attorneys for Stansell Respondents <br> 9655 S. Dixie Highway, Suite 208 <br> Miami, FL 33156 <br> 305-373-5040 <br> nporter@porterandkorvick.com <br> tkorvick@porterandkorvick.com <br><br> Nathaniel A. Tarnor <br> Pro hac vice motion pending <br> HAGENS BERMAN SOBOL SHAPIRO, LLP <br> Attorneys for Pescatore Respondents <br> 68 3rd Street, Suite 249 <br> Brooklyn, NY 11231 <br> Telephone: (646) 543-4992 <br> Email: NathanT@hbsslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the ECF /CM system on this 20 day of December 2022, which then distributed it to all parties of record, and I further sent copies of the foregoing by mail to:

FARC-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a "Simon Trinidad"
Member ofFARC-EP
BOP Register No. 27896-016
USP Florence ADMAX-U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

FARC-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a "Simon Trinidad"
Member ofFARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
5880 Hwy 67 South
Florence, CO 81226

Norte del Valle Cartel
c/o Diego Leon Montoya Sanchez
Member of NDVC
BOP Register No. 04171-748
FCI Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804

Norte del Valle Cartel
c/o Diego Leon Montoya Sanchez
Member of NDVC
BOP Register No. 04171-748
FCI Petersburg Medium
1060 River Road
Hopewell, VA 23 860

_____
Houston Putnam Lowry, Esq.