UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTONIO CABALLERO,                                          CASE NO.: 3:20-cv-1939 (JAM)

    Plaintiff/Counterclaim Respondent,

        v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA ("FARC") and NORTE DE VALLE CARTEL,

    Defendants,

        v.

INTERACTIVE BROKERS LLC,

    Turnover Garnishee.
_____/

INTERACTIVE BROKERS LLC,

    Counterclaimant and Third-Party Claimant,

        v.

ANTONIO CABALLERO,

    Counterclaim Respondent,

        v.

KEITH STANSELL, et al.,

    Third-Party Respondents.
_____/

## ALBA'S NOTICE OF FILING PROSPOSED SCHEDULING ORDER

    ALBA Petroleos de El Salvadaor S.E.M. de C.V. ("ALBA") hereby gives notice of filing the attached proposed scheduling order for the Court's consideration in the event the Court denies the Parties' Joint Motion to Stay Proceedings. ECF Nos. 220, 222.

    ALBA respectfully submits that the parties should conduct limited discovery and that the Second Circuit's decisions in *Havlish, et al. v. Federal Reserve Bank of N.Y.*, No. 23-258 (2d Cir.

Feb. 28, 2023), and *Doe v. The Taliban*, No. 23-1158 (2d Cir. Aug. 10, 2023), may impact discovery and motion practice.

Dated: July 12, 2024                          Respectfully submitted,

**Marcos Daniel Jiménez**
Marcos Daniel Jiménez
New York Bar No. 4881736
**León Cosgrove Jiménez, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: 305-570-3249
Email: mdj@leoncosgrove.com

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
**Cowdery & Murphy, LLC**
280 Trumbull Street
Hartford, CT 06103
(860) 278-5555 Office
jcowdery@cowderymurphy.com
tmurphy@cowderymurphy.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the ECF/CM system on July 12, 2024, which then distributed it to all parties of record, and I further sent copies of the foregoing by mail to:

FARC-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX-U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

FARC-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
5880 Hwy 67 South
Florence, CO 81226

Norte del Valle Cartel
c/o Diego Leon Montoya Sanchez
Member of NDVC
BOP Register No. 04171-748
FCI Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804

Norte del Valle Cartel
c/o Diego Leon Montoya Sanchez
Member of NDVC
BOP Register No. 04171-748
FCI Petersburg Medium
1060 River Road
Hopewell, VA 23860

                                                  **Marcos Daniel Jiménez**
                                                  Marcos Daniel Jiménez